# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00715-CV

### In re Commitment of Richard Taylor Hill, Jr.

---

**FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY**
**NO. C-21-0944-SB, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

On August 19, 2024, Appellant filed a notice of appeal from the trial court's July 3, 2024 Order of In-Patient Commitment Following Hearing Disposition Under 46C.253. This Court, on its initial review of the record, determined that Appellant's notice of appeal was untimely and, in a December 4, 2024 letter, asked Appellant to respond and explain how this Court may exercise jurisdiction over the cause. In addition, we cautioned that failure to timely respond might result in dismissal of this appeal. Appellant's response was due on December 16, 2024. To date, Appellant has not filed a response. We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see also id.* R. 42.3(c) (allowing dismissal for failure to comply with Court's notice requesting response within specified time).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed: March 7, 2025